FILED
SUPERIOR COURT
OF GUAM

2024 JAN 24 AM 9: 28

CLERK OF COURT

BY:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| THE PEOPLE OF GUAM, | Criminal Case No. CF0543-21 |
| vs. | |
| CURTIS JAMES BLAS, DOB: 01/12/1998, | **DECISION AND ORDER** (Severance) |
| DONAVAN ELLIOTT ALIANZA CARRIAGA, DOB: 11/05/1997, | |
| BRANDON JAMES FLAHERTY, DOB: 09/11/1992, | |
| Defendant(s). | |

## INTRODUCTION

This matter came before the Honorable John C. Terlaje on January 23, 2024, for a Pre Trial Conference regarding three defendants who allegedly committed murder: Defendant Donovan Carriaga ("Carriaga"), Defendant Curtis Blas ("Blas"), and Defendant Brandon Flaherty ("Flaherty"). Attorney Samuel Teker appeared for Carriaga, Attorney Terence Timblin appeared for Blas, and Flaherty appeared without counsel. During the hearing, Attorney Teker raised an Ex Parte Motion in Limine to Sever for Defendant Carriaga. Based on the relevant law and authorities the Court now issues the following decision and order **SUA SPONTE** severing

the case between Defendant Flaherty, Defendants Blas, and Defendant Carriaga into three separate cases.

## BACKGROUND

On November 4th, 2021, the Office of the Attorney General charged Defendants Blas, Carriaga, and Flaherty with Aggravated Murder (As a First Degree Felony) of Adam James Messier, in violation of 9 GCA §§ 16.30(a)(1) and 4.60. Blas, Carriaga, Flaherty, Indictment, (November 4, 2021). On January 22, 2024, Defendant Carriaga filed an Ex Parte Motion in Limine to Sever. Def. Carriaga's Ex Parte Mot. in Limine to Sever (January 22, 2024). A Pre Trial-Conference was held on January 23, 2024.

## DISCUSSION

Guam law provides when severance is allowed and reads as follows:

> If it appears that a defendant or the government *is prejudiced* by a joinder of offenses or of defendants in an indictment or information or by such joinder for trial together, the court *may* order an election or separate trials of courts, grant a severance of defendants or *provide whatever other relief justice requires.*

8 GCA § 65.35 (2005) (emphasis added).

The Court must balance the rights of the defendant to a fair trial absent prejudice, which may result from the joinder. *United States v. Lewis*, 787 F.2d 1318, 1321 (9th Cir. 1986).

**A. Justice requires that the Court sever Defendant Carriaga from the case to preserve Carriaga's right to due process**

Defendant Carriaga denies the acts alleged by the People, while his co-Defendants have admitted guilt. This means that Carriaga will likely offer a conflicting and antagonistic theory of defense from Defendants Blas and Flaherty, who have both made incriminating statements implicating Carriaga. This would cause definite hardship for Carriaga as he endeavors to prove

his innocence and, in such a case, severance is appropriate. *See United States v. Johnson*, 478 F2d 1129 (5th Cir. 1973).

**B. Justice requires that the Court sever Defendant Blas from the remaining defendants in this case to preserve Blas's right to a speedy trial**

Defendant Flaherty cannot move forward to trial at this time because Flaherty does not have proper legal counsel. Therefore, based on the fact that Defendant Blas has asserted his right to a speedy trial and cannot wait for Flaherty, the Court finds that severance is a relief justice requires so as not to prejudice Defendant Blas.

**CONCLUSION AND ORDER**

By preponderance of the evidence and based on the foregoing reasons, the Court Sua Sponte severs the case between Defendant Flaherty, Defendants Blas, and Defendant Carriaga into three separate cases in order to preserve Defendant Carriaga's right to due process and Defendant Blas's right to a speedy trial.

SO ORDERED, this ___24___ day of ___January___ 2024.

_____
HONORABLE JOHN C. TERLAJE
Judge, Superior Court of Guam